USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/22/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ROCHELLE DENOON,           :
                           :
        Plaintiff,         :
                           :         17 Civ. 7178
        -v-                :
                           :         ORDER
RICHARD SOKOLOFF and RICHARD D.  :
SOKOLOFF, ATTORNEY AT LAW, PLLC, :
                           :
        Defendants.        :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

Before the Court is defendants' motion for a protective order regarding plaintiff's demand for production of certain financial documents as set forth in plaintiff's second request for production of documents (see requests numbered 11-14). See Notice of Motion for Discovery Protective Order, Dkt. 21; Memorandum of Law in Support of Motion for Protective Order, Dkt. 21-1; Plaintiff's Second Set of Discovery Demands to All Defendants, Dkt. 21-2. Plaintiff opposes. See Plaintiff's Opposition to Defendants' Motion for Protective Order, Dkt. 22. For the reasons set forth below, the Court hereby denies defendants' motion in part and grants defendants' motion in part.

Specifically, as regards document requests 11 and 12 - for defendants' federal and state tax returns for the years 2015, 2016, and 2017 and for defendants' bank statements for the years 2015, 2017, and 2017 - the Court finds that these documents are relevant

1

to the issues in this action, including defendants' liability and credibility, and that the information contained within these documents is not otherwise readily obtainable. See Cooper v. Hallgarten & Co., 34 F.R.D. 482, 484 (S.D.N.Y. 1964). Therefore, the Court denies defendants' motion for a protective order as regards these documents and orders defendants to produce them forthwith.

As regards document requests 13 and 14, the Court finds that these requests are unduly vague and burdensome. See Fed. R. Civ. P. 26(c). Therefore, the Court grants defendants' motion for a protective order as regards these documents but without prejudice to plaintiff seeking more specific documents relating to these requests.

The Clerk of Court is hereby instructed to close docket entry number 21.

SO ORDERED.

Dated: New York, NY
       March 12, 2018

JED S. RAKOFF, U.S.D.J.

2